MARIE WALKER, APPELLEE, v. MARY WALKER, APPELLANT.

453 N.W.2d 97

Filed March 30, 1990.    No. 87-1044.

Dan D. Stoller for appellant.

Thomas J. Guilfoyle, of Frost, Meyers, Guilfoyle & Westover, for appellee.

HASTINGS, C.J., BOSLAUGH, WHITE, CAPORALE, SHANAHAN, GRANT, and FAHRNBRUCH, JJ.

PER CURIAM.

Having considered the briefs and the recommendation of the Appellate Division of the District Court, and upon a de novo review of the record, we find that the proof fails to support the plaintiff's cause of action. We therefore reverse the judgment of the district court and remand the matter with directions to enter judgment in favor of the defendant.

REVERSED AND REMANDED WITH DIRECTIONS.